CLOSED, DISCMAG, JURY, PATENT

# U.S. District Court [LIVE]
## Eastern District of TEXAS LIVE (Marshall)
## CIVIL DOCKET FOR CASE #: 2:06-cv-00507-TJW-CE

Rembrandt Technologies, LP v. Charter Communications, Inc., et al
Assigned to: Judge T. John Ward
Referred to: Magistrate Judge Charles Everingham
Cause: 35:271 Patent Infringement

Date Filed: 11/30/2006
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Rembrandt Technologies, LP**                    represented by    **Max Lalon Tribble, Jr**
Susman Godfrey LLP
1000 Louisiana Street
Ste 5100
Houston, TX 77002-5096
713/651-9366
Fax: 17136546666
Email: mtribble@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Wesley Spangler**
Brown McCarroll - Longview
1127 Judson Rd - Ste 220
PO Box 3999
Longview, TX 75606-3999
903-236-9800
Fax: 19032368787
Email: aspangler@mailbmc.com
*ATTORNEY TO BE NOTICED*

**Brooke Ashley-May Taylor**
Susman Godfrey, LLP - Seattle
1201 Third Avenue
Suite 3800
Seattle, WA 98101
206/516-3880
Fax: 206/516-3883
Email: btaylor@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Charles Ainsworth**
Parker Bunt & Ainsworth
100 E Ferguson
Suite 1114
Tyler, TX 75702

US
903/531-3535
Fax: 903/533-9687
Email: charley@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Collin Michael Maloney**
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561-1600
Fax: 9035811071
Email: fedserv@icklaw.com
*ATTORNEY TO BE NOTICED*

**Edgar G Sargent**
Susman Godfrey, LLP - Seattle
1201 Third Avenue
Suite 3800
Seattle, WA 98101
206/516-3804
Fax: 206/516-3883
Email: esargent@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Elizabeth L DeRieux**
Brown McCarroll
1127 Judson Rd - Ste 220
PO Box 3999
Longview, TX 75606-3999
903/236-9800
Fax: 9032368787
Email: ederieux@mailbmc.com
*ATTORNEY TO BE NOTICED*

**Franklin Jones, Jr**
Jones & Jones - Marshall
201 W Houston St
PO Drawer 1249
Marshall, TX 75670
903/938-4395
Fax: 9039383360
Email: maizieh@millerfirm.com
*ATTORNEY TO BE NOTICED*

**James Patrick Kelley**
Ireland Carroll & Kelley
6101 S Broadway
Suite 500

Tyler, TX 75703
903/561-1600
Fax: 9035811071
Email: patkelley@icklaw.com
*ATTORNEY TO BE NOTICED*

**Joseph Samuel Grinstein**
Susman Godfrey - Houston
1000 Louisiana Street
Ste 5100
Houston, TX 77002-5096
713/651-9366
Fax: 7136546666
Email: jgrinstein@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Matthew R Berry**
Susman Godfrey, LLP - Seattle
1201 Third Avenue
Suite 3800
Seattle, WA 98101
206/373-7394
Fax: 206/516-3883
Email: mberry@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Otis W Carroll, Jr**
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561-1600
Fax: 9035811071
Email: Fedserv@icklaw.com
*ATTORNEY TO BE NOTICED*

**Robert Christopher Bunt**
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
903/531-3535
Fax: 903/533-9687
Email: rcbunt@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Robert M Parker**
Parker, Bunt & Ainsworth, P.C.
100 E Ferguson
Suite 1114
Tyler, TX 75702

903/531-3535
Fax: 9035339687
Email: rmparker@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Sidney Calvin Capshaw, III**
Brown McCarroll - Longview
1127 Judson Rd - Ste 220
PO Box 3999
Longview, TX 75606-3999
903/236-9800
Fax: 19032368787
Email: ccapshaw@mailbmc.com
*ATTORNEY TO BE NOTICED*

**Tibor L. Nagy**
Susman Godfrey - Houston
1000 Louisiana Street
Ste 5100
Houston, TX 77002-5096
713/653-7850
Fax: 713/654-6102
Email: tnagy@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Charter Communications, Inc.**    represented by    **Allen Franklin Gardner**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597-8311
Email: allengardner@potterminton.com

*ATTORNEY TO BE NOTICED*

**Bradford P Lyerla**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: blyerla@marshallip.com
*ATTORNEY TO BE NOTICED*

**Charles Edward Juister**

Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: cjuister@marshallip.com
*ATTORNEY TO BE NOTICED*

**Gregory E Stanton**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: gstanton@marshallip.com
*ATTORNEY TO BE NOTICED*

**Jon-Thomas Bloch**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: jbloch@marshallip.com
*ATTORNEY TO BE NOTICED*

**Kevin D Hogg**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 317/474-0448
Email: khogg@marshallip.com
*ATTORNEY TO BE NOTICED*

**Margaret Lynn Begalle**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: Mbegalle@marshallip.com
*ATTORNEY TO BE NOTICED*

**Michael Edwin Jones**

Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597/8311
Fax: 9035930846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Paul Bryan Stephens**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: pstephens@marshallip.com
*ATTORNEY TO BE NOTICED*

**William Joseph Kramer**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: wkramer@marshallip.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charter Communications Operating, LLC**    represented by    **Allen Franklin Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bradford P Lyerla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Edward Juister**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory E Stanton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon-Thomas Bloch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret Lynn Begalle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Edwin Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Bryan Stephens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Joseph Kramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coxcom, Inc.,**                    represented by **Allen Franklin Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leroy M Toliver**
Kilpatrick Stockton
1100 Peachtree St
Suite 2800
Atlanta, GA 30309
404/815-6483
Fax: 404/541-3274
Email: btoliver@kilpatrickstockton.com

*ATTORNEY TO BE NOTICED*

**Michael Edwin Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell G Stockwell**
Kilpatrick Stockton LLP
1100 Peachtree St
Ste 2800
Atlanta, GA 30309-4530
404/815-6214
Fax: 14048156555
Email:
mstockwell@kilpatrickstockton.com
*ATTORNEY TO BE NOTICED*

**Tonya R Deem**
Kilpatrick Stockton LLP NC

1001 W Fourth Street
Winston-Salem, NC 27101
336-607-7485
Fax: 336-607-7500
Email: tdeem@kilpatrickstockton.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Coxcom, Inc.,**

**Counter Claimant**

**Charter Communications, Inc.**

**Counter Claimant**

**Charter Communications Operating, LLC**

V.

**Counter Defendant**

**Rembrandt Technologies, LP**          represented by  **Tibor L. Nagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2006 | 1 | COMPLAINT with JURY DEMAND against Charter Communications, Inc., Charter Communications Operating, LLC, Coxcom, Inc., (Filing fee $ 350.) , filed by Rembrandt Technologies, LP. (Attachments: # 1 # 2 # 3 # 4 # 5)(ehs, ) Additional attachment(s) added on 12/1/2006 (ehs, ). (Entered: 12/01/2006) |
| 11/30/2006 | 2 | CORPORATE DISCLOSURE STATEMENT filed by Rembrandt Technologies, LP (ehs, ) (Entered: 12/01/2006) |
| 11/30/2006 | | E-GOV SEALED SUMMONS Issued as to Charter Communications, Inc., Charter Communications Operating, LLC, Coxcom, Inc.,. (ehs, ) (Entered: 12/01/2006) |
| 11/30/2006 | 3 | Form mailed to Commissioner of Patents and Trademarks. (ehs, ) (Entered: 12/01/2006) |
| 12/01/2006 | 4 | AMENDED COMPLAINT *(First Amended Complaint)* against all defendants, filed by Rembrandt Technologies, LP. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E) (DeRieux, Elizabeth) Additional attachment(s) added on 12/1/2006 (ehs, ). (Entered: 12/01/2006) |
| 12/04/2006 | | Filing fee: $ 350.00, receipt number 2-1-2128 (ch, ) (Entered: 12/05/2006) |

| 12/07/2006 | 5 | NOTICE of Attorney Appearance by Robert M Parker on behalf of Rembrandt Technologies, LP (Parker, Robert) (Entered: 12/07/2006) |
|---|---|---|
| 12/07/2006 | 6 | NOTICE of Attorney Appearance by Robert Christopher Bunt on behalf of Rembrandt Technologies, LP (Bunt, Robert) (Entered: 12/07/2006) |
| 12/07/2006 | 7 | NOTICE of Attorney Appearance by Charles Ainsworth on behalf of Rembrandt Technologies, LP (Ainsworth, Charles) (Entered: 12/07/2006) |
| 12/12/2006 | 8 | NOTICE of Attorney Appearance by Franklin Jones, Jr on behalf of Rembrandt Technologies, LP (Jones, Franklin) (Entered: 12/12/2006) |
| 12/12/2006 | 9 | E-GOV SEALED SUMMONS Returned Executed by Rembrandt Technologies, LP. Charter Communications, Inc. served on 12/4/2006, answer due 12/26/2006. (ehs, ) (Entered: 12/15/2006) |
| 12/12/2006 | 10 | E-GOV SEALED SUMMONS Returned Executed by Rembrandt Technologies, LP. Charter Communications Operating, LLC served on 12/4/2006, answer due 12/26/2006. (ehs, ) (Entered: 12/15/2006) |
| 12/12/2006 | 11 | E-GOV SEALED SUMMONS Returned Executed by Rembrandt Technologies, LP. Coxcom, Inc., served on 12/4/2006, answer due 12/26/2006. (ehs, ) (Entered: 12/15/2006) |
| 12/21/2006 | 12 | MOTION for Extension of Time to File Answer re 4 Amended Complaint, by Charter Communications, Inc., Charter Communications Operating, LLC. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 12/21/2006) |
| 12/28/2006 | 13 | Consent MOTION for Extension of Time to File Answer re 4 Amended Complaint, by Coxcom, Inc.,. (Attachments: # 1 Text of Proposed Order) (Jones, Michael) (Entered: 12/28/2006) |
| 12/28/2006 | 14 | APPLICATION to Appear Pro Hac Vice by Attorney Margaret Lynn Begalle for Charter Communications, Inc. and Charter Communications Operating, LLC. (ehs, ) (Entered: 12/29/2006) |
| 12/28/2006 | 15 | APPLICATION to Appear Pro Hac Vice by Attorney Jon-Thomas Bloch for Charter Communications, Inc. and Charter Communications Operating, LLC. (ehs, ) (Entered: 12/29/2006) |
| 12/28/2006 | 16 | APPLICATION to Appear Pro Hac Vice by Attorney Charles Edward Juister for Charter Communications, Inc. and Charter Communications Operating, LLC. (ehs, ) (Entered: 12/29/2006) |
| 12/28/2006 | 17 | APPLICATION to Appear Pro Hac Vice by Attorney William Joseph Kramer for Charter Communications, Inc. and Charter Communications Operating, LLC. (ehs, ) (Entered: 12/29/2006) |
| 12/28/2006 | 18 | APPLICATION to Appear Pro Hac Vice by Attorney Bradford P Lyerla for Charter Communications, Inc. and Charter Communications Operating, LLC. (ehs, ) (Entered: 12/29/2006) |
| 12/28/2006 | 19 | APPLICATION to Appear Pro Hac Vice by Attorney Gregory E Stanton for Charter Communications, Inc. and Charter Communications |

| | | |
|---|---|---|
| | | Operating, LLC. (ehs, ) (Entered: 12/29/2006) |
| 12/28/2006 | 20 | APPLICATION to Appear Pro Hac Vice by Attorney Paul Bryan Stephens for Charter Communications, Inc. and Charter Communications Operating, LLC. (ehs, ) (Entered: 12/29/2006) |
| 12/28/2006 | 28 | APPLICATION to Appear Pro Hac Vice by Attorney Kevin D Hogg for Rembrandt Technologies, LP. APPROVED (poa, ) (Entered: 01/04/2007) |
| 12/28/2006 | | Filing fee: $ 25., receipt number 618131 (poa, ) (Entered: 01/04/2007) |
| 12/28/2006 | 29 | APPLICATION to Appear Pro Hac Vice by Attorney Bradford P Lyerla for Charter Communications, Inc. and Charter Communications Operating, LLC.APPROVED (poa, ) (Entered: 01/04/2007) |
| 12/28/2006 | | Filing fee: $ 25., receipt number 618131 (poa, ) (Entered: 01/04/2007) |
| 12/28/2006 | | Filing fee: $ 25., receipt number 618131 (poa, ) (Entered: 01/04/2007) |
| 12/28/2006 | | Pro Hac Vice Filing fee paid by Juister; Fee: $25, receipt number: 618131 (poa, ) (Entered: 01/04/2007) |
| 12/28/2006 | | Pro Hac Vice Filing fee paid by Kramer; Fee: $25, receipt number: 618131 (poa, ) (Entered: 01/04/2007) |
| 12/28/2006 | | Pro Hac Vice Filing fee paid by Begalle; Fee: $25, receipt number: 618131 (poa, ) (Entered: 01/04/2007) |
| 12/28/2006 | 33 | APPLICATION to Appear Pro Hac Vice by Attorney Jon-Thomas Bloch for Charter Communications, Inc. and Charter Communications Operating, LLC. APPROVED (poa, ) (Entered: 01/04/2007) |
| 12/28/2006 | | Pro Hac Vice Filing fee paid by Bloch; Fee: $25, receipt number: 618131 (poa, ) (Entered: 01/04/2007) |
| 12/28/2006 | 34 | APPLICATION to Appear Pro Hac Vice by Attorney Paul Bryan Stephens for Charter Communications, Inc. and Charter Communications Operating, LLC.APPROVED (poa, ) (Entered: 01/04/2007) |
| 12/29/2006 | | Pro Hac Vice Filing fee paid by Margaret Begalle, Jon-Thomas Bloch, Charles Juister, William Kramer, Bradford Lyerla, Gregory Stanton, Paul Stephens; Fee: $175.00, receipt number: 6-1-8131 (ehs, ) (Entered: 12/29/2006) |
| 01/03/2007 | 21 | NOTICE of Attorney Appearance by Matthew R. Berry on behalf of Rembrandt Technologies, LP (Berry, Matthew) (Entered: 01/03/2007) |
| 01/03/2007 | 22 | NOTICE of Attorney Appearance by Brooke Ashley-May Taylor on behalf of Rembrandt Technologies, LP (Taylor, Brooke) (Entered: 01/03/2007) |
| 01/03/2007 | 23 | NOTICE of Attorney Appearance by Joseph Samuel Grinstein on behalf of Rembrandt Technologies, LP (Grinstein, Joseph) (Entered: 01/03/2007) |
| 01/03/2007 | 24 | NOTICE of Attorney Appearance by Sidney Calvin Capshaw, III on |

| | | |
|---|---|---|
| | | behalf of Rembrandt Technologies, LP (Capshaw, Sidney) Modified on 1/4/2007 (mpv, ). (Entered: 01/03/2007) |
| 01/03/2007 | 25 | NOTICE of Attorney Appearance by Andrew Wesley Spangler on behalf of Rembrandt Technologies, LP (Spangler, Andrew) (Entered: 01/03/2007) |
| 01/03/2007 | 26 | ORDER granting 12 Motion for Extension of Time to Answer re 4 Amended Complaint. The time for Defendant Charter to answer, move or otherwise respond is extended to 1/23/07 . Signed by Judge Leonard Davis on 1/3/07. (kjr, ) (Entered: 01/04/2007) |
| 01/03/2007 | 27 | ORDER granting 13 Motion for Extension of Time to Answer re 4 Amended Complaint. The time for Defendant Coxcom Inc. to answer, move or otherwise respond is extended to 1/23/07 . Signed by Judge Leonard Davis on 1/3/07. (kjr, ) (Entered: 01/04/2007) |
| 01/03/2007 | | Answer Due Deadline Updated for Charter Communications, Inc. to 1/23/2007; Charter Communications Operating, LLC to 1/23/2007; Coxcom, Inc., to 1/23/2007. (kjr, ) (Entered: 01/04/2007) |
| 01/04/2007 | 30 | DOCKETED IN ERROR. SEE CORRECT DOCUMENT #16*** <br><br> APPLICATION to Appear Pro Hac Vice by Attorney Charles Edward Juister for Charter Communications, Inc. and Charter Communications Operating, LLC.APPROVED (poa, ) Modified on 1/4/2007 (Entered: 01/04/2007) |
| 01/04/2007 | 31 | ***DOCKETED IN ERROR. SEE CORRECT DOCUMENT # 17*** <br><br> APPLICATION to Appear Pro Hac Vice by Attorney William Joseph Kramer for Charter Communications, Inc. and Charter Communications Operating, LLC. APPROVED (poa, ) Modified on 1/4/2007 (ch, ). (Entered: 01/04/2007) |
| 01/04/2007 | 32 | ***DOCKETED IN ERROR. SEE CORRECT DOCUMENT # 14*** <br><br> APPLICATION to Appear Pro Hac Vice by Attorney Margaret Lynn Begalle for Charter Communications, Inc. and Charter Communications Operating, LLC. APPROVED (poa, ) Modified on 1/5/2007 (ch, ). (Entered: 01/04/2007) |
| 01/11/2007 | 38 | APPLICATION to Appear Pro Hac Vice by Attorney Leroy M Toliver for Coxcom, Inc.. (ch, ) (Entered: 01/16/2007) |
| 01/11/2007 | | Pro Hac Vice Filing fee paid by Toliver; Fee: $25, receipt number: 2-1-2200 (ch, ) (Entered: 01/16/2007) |
| 01/11/2007 | 39 | APPLICATION to Appear Pro Hac Vice by Attorney Mitchell G Stockwell for Coxcom, Inc.. (ch, ) (Entered: 01/16/2007) |
| 01/11/2007 | | Pro Hac Vice Filing fee paid by Stockwell; Fee: $25, receipt number: 2- |

| | | |
|---|---|---|
| | | 1-2201 (ch, ) (Entered: 01/16/2007) |
| 01/12/2007 | 40 | APPLICATION to Appear Pro Hac Vice by Attorney Edgar G Sargent for Rembrandt Technologies, LP. (ch, ) (Entered: 01/19/2007) |
| 01/12/2007 | | Pro Hac Vice Filing fee paid by Sargent; Fee: $25, receipt number: 2-1-2207 (ch, ) (Entered: 01/19/2007) |
| 01/15/2007 | 35 | NOTICE of Attorney Appearance by Otis W Carroll, Jr on behalf of Rembrandt Technologies, LP (Carroll, Otis) (Entered: 01/15/2007) |
| 01/15/2007 | 36 | NOTICE of Attorney Appearance by Collin Michael Maloney on behalf of Rembrandt Technologies, LP (Maloney, Collin) (Entered: 01/15/2007) |
| 01/15/2007 | 37 | NOTICE of Attorney Appearance by James Patrick Kelley on behalf of Rembrandt Technologies, LP (Kelley, James) (Entered: 01/15/2007) |
| 01/22/2007 | 41 | Consent MOTION for Extension of Time to File Answer re 4 Amended Complaint, by Coxcom, Inc.,. (Attachments: # 1 Text of Proposed Order) (Jones, Michael) (Entered: 01/22/2007) |
| 01/23/2007 | 42 | ANSWER to Amended Complaint *and*, COUNTERCLAIM against Rembrandt Technologies, LP by Charter Communications, Inc., Charter Communications Operating, LLC.(Jones, Michael) (Entered: 01/23/2007) |
| 01/23/2007 | 43 | CORPORATE DISCLOSURE STATEMENT filed by Charter Communications, Inc., Charter Communications Operating, LLC identifying Charter Communications, Inc. as Corporate Parent. (Jones, Michael) (Entered: 01/23/2007) |
| 01/23/2007 | 44 | ORDER granting 41 Motion for Extension of Time to Answer. Answer deadline extended to 1/26/07 . Signed by Judge Leonard Davis on 1/23/07. (ehs, ) (Entered: 01/23/2007) |
| 01/26/2007 | 45 | MOTION to Dismiss *for Lack of Subject Matter Jurisdiction, Personal Jurisdiction, or in the Alternative, Transfer, and Brief in Support Thereof* by Coxcom, Inc.,. (Attachments: # 1 Declaration of J. Spalding# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3A-C# 5 Exhibit 3D-E# 6 Exhibit 4# 7 Exhibit 5A-C# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8A-D# 11 Exhibit 9# 12 Exhibit 10A-B# 13 Text of Proposed Order Re: Personal Jurisdiction# 14 Text of Proposed Order Re: Subject Matter Jurisdiction# 15 Text of Proposed Order Re: Transfer to Delaware)(Jones, Michael) (Entered: 01/26/2007) |
| 01/26/2007 | 46 | MOTION to Change Venue/Transfer case *Contained in #45; proposed order attached to #45* by Coxcom, Inc.,. (mpv, ) (Entered: 01/29/2007) |
| 01/29/2007 | 47 | NOTICE of Attorney Appearance by Allen Franklin Gardner on behalf of Charter Communications, Inc., Charter Communications Operating, LLC (Gardner, Allen) (Entered: 01/29/2007) |
| 01/29/2007 | 48 | NOTICE of Attorney Appearance by Allen Franklin Gardner on behalf of Coxcom, Inc., (Gardner, Allen) (Entered: 01/29/2007) |
| 01/31/2007 | 49 | NOTICE of Attorney Appearance by Tibor L. Nagy on behalf of |

| | | Rembrandt Technologies, LP (Nagy, Tibor) (Entered: 01/31/2007) |
|---|---|---|
| 02/02/2007 | 50 | MOTION for Extension of Time to File Response/Reply as to 45 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction, Personal Jurisdiction, or in the Alternative, Transfer, and Brief in Support Thereof* by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order)(Nagy, Tibor) (Entered: 02/02/2007) |
| 02/05/2007 | 51 | ORDER granting 50 Rembrandt Technologies, LP to respond to the motion to dismiss filed by dft CoxCom, Inc is moved from 2/12/07 to 2/23/07. Signed by Judge Leonard Davis on 2/5/07. (djh, ) (Entered: 02/05/2007) |
| 02/05/2007 | 52 | NOTICE by Rembrandt Technologies, LP *Notice of Related Action Currently Pending Before The Honorable T. John Ward* (Nagy, Tibor) (Entered: 02/05/2007) |
| 02/12/2007 | 53 | *Plaintiff's* ANSWER to Counterclaim *of Defendants, Charter Communications, INc., Charter Communications Operating, LLC and Coxcom, Inc.* by Rembrandt Technologies, LP.(Nagy, Tibor) (Entered: 02/12/2007) |
| 02/13/2007 | 54 | ORDER - the court Transfers this case to the Honorable T. John Ward. Signed by Judge Leonard Davis on 2/13/07. (ch, ) (Entered: 02/13/2007) |
| 02/14/2007 | 55 | APPLICATION to Appear Pro Hac Vice by Attorney Tonya R Deem for Coxcom, Inc.(FEE PAID). (ch, ) (Entered: 02/15/2007) |
| 02/23/2007 | 56 | RESPONSE in Opposition re 45 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction, Personal Jurisdiction, or in the Alternative, Transfer, and Brief in Support Thereof TO COXCOM, INC.'S MOTION TO DISMISS* filed by Rembrandt Technologies, LP. (Attachments: # 1 Affidavit of Tibor L. Nagy# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E.1# 7 Exhibit E.2# 8 Exhibit F# 9 Exhibit G# 10 Exhibit H# 11 Exhibit I# 12 Exhibit J)(Nagy, Tibor) (Entered: 02/23/2007) |
| 03/05/2007 | 57 | REPLY to Response to Motion re 45 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction, Personal Jurisdiction, or in the Alternative, Transfer, and Brief in Support Thereof* filed by Coxcom, Inc.,. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Jones, Michael) (Entered: 03/05/2007) |
| 03/08/2007 | 58 | SUR-REPLY to Reply to Response to Motion re 45 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction, Personal Jurisdiction, or in the Alternative, Transfer, and Brief in Support Thereof* filed by Rembrandt Technologies, LP. (Nagy, Tibor) (Entered: 03/08/2007) |
| 03/09/2007 | 59 | NOTICE by Coxcom, Inc., *of Filing Motion for Transfer and Consolidation of Rembrandt Technologies, LP Patent Litigation Pursuant to 28 U.S.C. 1407* (Attachments: # 1 MDL Motion for Transfer and Consolidation# 2 Motion Ex. A# 3 Motion Ex. B# 4 MDL Memorandum# 5 MDL Exhibit List# 6 MDL Notice of Appearance# 7 |

| | | MDL Corporate Disclosure# 8 MDL Certificate of Service)(Stockwell, Mitchell) (Entered: 03/09/2007) |
|---|---|---|
| 03/09/2007 | 60 | Additional Attachments to Main Document: 59 Notice (Other), Notice (Other).. (Attachments: # 1 MDL Ex. 1# 2 MDL Ex. 2# 3 MDL Ex. 3# 4 MDL Ex. 4# 5 MDL Ex. 5# 6 MDL Ex. 6# 7 MDL Ex. 7# 8 MDL Ex. 8# 9 MDL Ex. 9# 10 MDL Ex. 10# 11 MDL Ex. 11# 12 MDL Ex. 12# 13 MDL Ex. 13# 14 MDL Ex. 14# 15 MDL Ex. 15# 16 MDL Ex. 16# 17 MDL Ex. 17# 18 MDL Ex. 18# 19 MDL Ex. 19# 20 MDL Ex. 20# 21 MDL Ex. 21# 22 MDL Ex. 22# 23 MDL Ex. 23# 24 MDL Ex. 24# 25 MDL Ex. 25# 26 MDL Ex. 26# 27 MDL Ex. 27# 28 MDL Ex. 28# 29 MDL Ex. 29# 30 MDL Ex. 30# 31 MDL Ex. 31# 32 MDL Ex. 32# 33 MDL Ex. 33# 34 MDL Ex. 34# 35 MDL Ex. 35# 36 MDL Ex. 36# 37 MDL Ex. 37# 38 MDL Ex. 38# 39 MDL Ex. 39# 40 MDL Ex. 40# 41 MDL Ex. 41# 42 MDL Ex. 42# 43 MDL Ex. 43)(Stockwell, Mitchell) (Entered: 03/09/2007) |
| 03/29/2007 | 61 | NOTICE by Coxcom, Inc., re 45 MOTION to Dismiss *for Lack of Subject Matter Jurisdiction, Personal Jurisdiction, or in the Alternative, Transfer, and Brief in Support Thereof of Supplemental Authority Supporting its Motion to Transfer* (Jones, Michael) (Entered: 03/29/2007) |
| 03/30/2007 | 62 | NOTICE by Rembrandt Technologies, LP *Joint Notice of Conference Regarding Proposed Discovery Order and Docket Control Order* (Attachments: # 1 Exhibit Discovery Order and Docket Control Order) (Taylor, Brooke) (Entered: 03/30/2007) |
| 04/05/2007 | 63 | NOTICE by Rembrandt Technologies, LP re 60 Additional Attachments to Main Document,,,, 59 Notice (Other), Notice (Other) *Notice of Filing Opposition to CoxComs Motion for Transfer and Consolidation* (Attachments: # 1 Exhibit Rembrandts Brief in Opposition to CoxComs Motion For Transfer and Consolidation# 2 Exhibit Exhibit List# 3 Exhibit Opposition Brief Exh 1# 4 Exhibit Opposition Brief Exh 2# 5 Exhibit Opposition Brief Exh 3# 6 Exhibit Opposition Brief Exh 4# 7 Exhibit Opposition Brief Exh 5# 8 Exhibit Opposition Brief Exh 6# 9 Exhibit Opposition Brief Exh 7# 10 Exhibit Opposition Brief Exh 8# 11 Exhibit Opposition Brief Exh 9# 12 Exhibit Opposition Brief Exh 10# 13 Exhibit Exhibit 11# 14 Exhibit Exhibit 12# 15 Exhibit Opposition Brief Exh 13# 16 Exhibit Response to CoxComs Motion for Transfer and Consolidation# 17 Exhibit Reasons Why Oral Argument Should Be Heard# 18 Exhibit Proof of Service)(Taylor, Brooke) (Entered: 04/05/2007) |
| 04/18/2007 | 64 | ORDER - referring case to Magistrate Judge Charles Everingham in accordance with the assignments made by General Order 07-03. The magistrate judge shall conduct pre-trial proceedings pursuant to 28 USC 636. Signed by Judge T. John Ward on 4/18/07. (ch, ) (Entered: 04/18/2007) |
| 04/18/2007 | 65 | NOTICE by Charter Communications, Inc., Charter Communications Operating, LLC, Coxcom, Inc., *Notice of Development* (Attachments: # 1 Notice of Hearing)(Gardner, Allen) (Entered: 04/18/2007) |

| 04/19/2007 | 66 | ORDER- REGARDING THE PROTECTIVE ORDER AND DOCUMENT PRODUCTION. Signed by Judge Charles Everingham on 4/19/07. (ch, ) (Entered: 04/19/2007) |
|---|---|---|
| 04/19/2007 | 67 | DOCKET CONTROL ORDER Respond to Amended Pleadings 11/30/07. Amended Pleadings due by 11/16/2007. Discovery due by 5/14/2008. Joinder of Parties due by 5/3/2007. Claims Construction Hearing set for 2/13/2008 - 2/14/08 9:00 AM before Judge T. John Ward. Motions in limine due by 7/21/2008. Proposed Pretrial Order due by 7/24/2008. Jury Selection set for 8/4/2008 9:00AM before Judge T. John Ward. Pretrial Conference set for 7/24/2008 9:30 AM before Judge T. John Ward. Privilege Logs to be exchanged by parties 6/4/07. All other deadlines are set forth herein. Signed by Judge Charles Everingham on 4/19/07. (ch, ) (Entered: 04/19/2007) |
| 04/24/2007 | 68 | NOTICE by Rembrandt Technologies, LP *Of Proposed Protective Order* (Attachments: # 1 Text of Proposed Order Proposed Protective Order) (Taylor, Brooke) CORRECTED PROPOSED PROTECTIVE ORDER added on 4/25/2007 (mpv, ). Modified on 4/25/2007 (mpv, ). (Entered: 04/24/2007) |
| 04/24/2007 | 69 | NOTICE by Rembrandt Technologies, LP *Re Electronic Production* (Taylor, Brooke) (Entered: 04/24/2007) |
| 04/25/2007 | | NOTICE re 68 Notice (Other) CORRECTED PROPOSED PROTECTIVE ORDER ADDED BY CLERK (mpv, ) (Entered: 04/25/2007) |
| 04/30/2007 | 70 | Minute Entry for proceedings held before Judge Charles Everingham : Scheduling Conference held on 4/30/2007. (Court Reporter Debbie Latham.)(delat, ) (Entered: 04/30/2007) |
| 05/03/2007 | | TRANSCRIPT of Proceedings held on 4/3/07 before Judge Chad Everingham. Court Reporter: Transcriber/Susan Simmons. (lss) (Entered: 05/03/2007) |
| 05/03/2007 | 72 | NOTICE by Charter Communications, Inc., Charter Communications Operating, LLC *of Disclosures* (Gardner, Allen) (Entered: 05/03/2007) |
| 05/04/2007 | 73 | NOTICE of Disclosure by Coxcom, Inc.,, Coxcom, Inc., *Notice of Service of Initial Disclosures* (Stockwell, Mitchell) (Entered: 05/04/2007) |
| 05/04/2007 | 74 | PROTECTIVE ORDER. Signed by Judge Charles Everingham on 5/4/07. (ehs, ) (Entered: 05/04/2007) |
| 05/07/2007 | 75 | NOTICE of Disclosure by Rembrandt Technologies, LP (Berry, Matthew) (Entered: 05/07/2007) |
| 05/23/2007 | 76 | NOTICE of Disclosure by Rembrandt Technologies, LP (Taylor, Brooke) (Entered: 05/23/2007) |
| 06/04/2007 | 77 | Joint MOTION to Amend/Correct *Docket Control Order* by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order Order Granting Motion to Amend)(Taylor, Brooke) (Entered: 06/04/2007) |

| | | |
|---|---|---|
| 06/06/2007 | 78 | ORDER granting 77 Motion to Amend/Correct. Docket Control Order is amended to move date to exchange privilege logs to 7/10/07. Signed by Judge Charles Everingham on 6/5/07. (ch, ) (Entered: 06/06/2007) |
| 06/12/2007 | 79 | NOTICE of Disclosure by Rembrandt Technologies, LP *Regarding Compliance with Paragraph 3(b) of the Discovery Order* (Berry, Matthew) (Entered: 06/12/2007) |
| 06/13/2007 | 80 | **PLEASE IGNORE - PLEADING REFILED AS DOC #82**NOTICE of Disclosure by Coxcom, Inc., (Gardner, Allen) Modified on 6/14/2007 (rml, ). (Entered: 06/13/2007) |
| 06/14/2007 | 81 | NOTICE of Disclosure by Charter Communications, Inc., Charter Communications Operating, LLC *P.R. 3-3 and P.R. 3-4* (Gardner, Allen) (Entered: 06/14/2007) |
| 06/14/2007 | 82 | ***REPLACES #80***<br><br>NOTICE of Disclosure by Coxcom, Inc., *P.R. 3-3 and P.R. 3-4* (Gardner, Allen) Modified on 6/14/2007 (mpv, ). (Entered: 06/14/2007) |
| 06/14/2007 | | ***FILED IN ERROR. PLEASE IGNORE Document # 80, Notice of disclosure. DOCUMENT REFILED AS #82.***<br><br>(rml, ) (Entered: 06/14/2007) |
| 06/21/2007 | 83 | NOTICE by Charter Communications, Inc., Charter Communications Operating, LLC, Coxcom, Inc., *of Multi-District Litigation Developments Pursuant to Local Rule CV-42* (Attachments: # 1 Exhibit A)(Gardner, Allen) (Entered: 06/21/2007) |
| 06/25/2007 | 84 | Interdistrict transfer to the District of Delaware, Wilmington DE. Pursuant to letter Elizabth Dinan was notified. Certified copy of Docket Sheet, Complaint, Transfer Order and letter were mailed to the Federal Blding, Lockbox 18, 844 N. King Street,Wilmington, DE (ch, ) Additional attachment(s) added on 6/28/2007 (ch, ). Modified on 6/28/2007 (ch, ). (Entered: 06/27/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/29/2007 09:21:32 | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cv-00507-TJW-CE |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-cv-507 [LED] |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | JURY DEMANDED |
| CHARTER COMMUNICATIONS | § | |
| OPERATING, LLC, and COXCOM, INC. | § | |

## UNOPPOSED MOTION TO EXTEND COXCOM, INC.'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Coxcom, Inc. ("Coxcom"), without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this unopposed motion to extend its time to respond to Plaintiff Rembrandt Technologies, LP's ("Rembrandt") First Amended Complaint and would respectfully show the Court as follows:

Coxcom was served with summons in this matter December 4, 2006.

Coxcom has requested and Plaintiff has agreed to an additional 30-day extension of time to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's First Amended Complaint. Plaintiff does not oppose the 30-day extension of time to respond to Plaintiff's Amended Complaint to and including January 23, 2007.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

December 28, 2007

Respectfully submitted,

By:    _/s/ Michael E. Jones_____
         Michael E. Jones
         State Bar No. 10929400

POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)

Mitchell G. Stockwell
KILPATRICK STOCKTON LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA 30309
Tel: 404-815-6500
mstockwell@kilpatrickstockton.com

ATTORNEYS FOR DEFENDANT
COXCOM, INC.

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of  December, 2006. Any other counsel of record will be served by first class U.S. mail.

_/s/ Michael E. Jones_____
Michael E. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-cv-507 [LED] |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | JURY DEMANDED |
| CHARTER COMMUNICATIONS | § | |
| OPERATING, LLC, and COXCOM, INC. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND COXCOM, INC.'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Coxcom, Inc., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to respond to Plaintiff Rembrandt's First Amended Complaint until and through January 23, 2007. Such motion is granted.

It is therefore ORDERED that Defendant Coxcom, Inc. has until and through January 23, 2007 to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

FEE PAID
$25.00   Rec. 618131

FILED CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

2006 DEC 28   PM 4: 06

TEXAS EASTERN

BY _____

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __2:06 CV 507_____
Style:__Rembrandt Technologies, LP vs. Charter Communications, Inc., et al_____

2. Applicant is representing the following party/ies:
__Charter Communications, Inc. and Charter Communications Operating, LLC_____

3. Applicant was admitted to practice in __New York__ (state) on __May 8, 2003__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
U.S. District Court for the Southern District of New York; U.S. District Court for the Eastern District of
New York

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, ___Margaret Lynn Begalle_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _12-27-06_  Signature _____

Name (please print) ___ Margaret Lynn Begalle _____

State Bar Number _____ MB 3908 _____

Firm Name: _Marshall, Gerstein & Borun LLP_____

Address/P.O. Box: __233 South Wacker Drive, 6300 Sears Tower

City/State/Zip: ____ Chicago, Illinois 60606 _____

Telephone #: ___(312) 474-6300 _____ _____

Fax #: _____(312) 474-0448 _____ _____

E-mail Address: __Mbegalle@marshallip.com_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29th day of December ____, 2006

David J. Maland, Clerk
U.S District Court, Eastern District of Texas

By ___ _Smith_ _____
Deputy Clerk

INSERT

**Response to No. 9 of the
Application to Appear Pro Hac Vice
for Margaret Lynn Begalle in Case # 2:06 CV 507**


On September 21, 1997, while in college in Iowa City, Iowa, an officer arrived at an apartment

where my roommates and I were playing loud music. They issued a citation for disorderly house (simple

misdemeanor). A court appearance was required and a $50 fine (plus costs) was paid.

FEE PAID    Rec. 618131
$25.00

FILED CLERK
U.S. DISTRICT COURT
Revised: 12/3/03

2006 DEC 28 PM 4: 06

TEXAS EASTERN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

## APPLICATION TO APPEAR PRO HAC VICE BY_____

1. This application is being made for the following: Case #  2:06 CV 507 _____
Style:  Rembrandt Technologies, LP vs. Charter Communications, Inc., et al _____

2. Applicant is representing the following party/ies:
  Charter Communications, Inc. and Charter Communications Operating, LLC _____

3. Applicant was admitted to practice in  Illinois  (state) on  November 30, 2004   (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

  I,  Jon-Thomas Bloch _____  do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date  12/26/06    Signature _____

Name (please print) ____Jon-Thomas Bloch_____

State Bar Number ____6282541_____

Firm Name: _Marshall, Gerstein & Borun LLP_____

Address/P.O. Box: __233 South Wacker Drive, 6300 Sears Tower_

City/State/Zip: _____Chicago, Illinois 60606_____

Telephone #: __(312) 474-6300_____

Fax #: _____(312) 474-0448_____

E-mail Address: __Jbloch@marshallip.com_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29th day of December , 20 06.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

FEE PAID
$25.00   Rec. 618181
618131

FILED CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

2006 DEC 28  PM 4: 05

TEXAS EASTERN

BY _____

### APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __2:06 CV 507__
Style: __Rembrandt Technologies, LP vs. Charter Communications, Inc., et al__

2. Applicant is representing the following party/ies:
__Charter Communications, Inc. and Charter Communications Operating, LLC__

3. Applicant was admitted to practice in __Illinois__ (state) on __November 8, 2001__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Supreme Court of Illinois; U.S. District Court of the Northern District of Illinois

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, __Charles Edward Juister__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __12/26/06__  Signature _____

Name (please print) _____ Charles Edward Juister _____

State Bar Number _____ ARDC # 6275220 _____

Firm Name: _ Marshall, Gerstein & Borun LLP _____

Address/P.O. Box: __ 233 South Wacker Drive, 6300 Sears Tower_

City/State/Zip: _____ Chicago, Illinois 60606 _____

Telephone #: _____ (312) 474-6300 _____

Fax #: _____ (312) 474-0448 _____

E-mail Address: __ Cjuister@marshallip.com _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29th day of December, 2006

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

FEE PAID
$25.00   Rec. 618131

FILED CLERK
U.S. DISTRICT COURT

2006 DEC 28  PM 4: 05

TEXAS EASTERN

BY_____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

### APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __2:06 CV 507_____
Style:__Rembrandt Technologies, LP vs. Charter Communications, Inc., et al_____

2. Applicant is representing the following party/ies:
__Charter Communications, Inc. and Charter Communications Operating, LLC_____

3. Applicant was admitted to practice in __Illinois___ (state) on __November 5, 1992__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Northern District of Illinois_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, __William Joseph Kramer_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _12/27/2006_   Signature _W/Kramer_____

Name (please print) _____ William Joseph Kramer _____

State Bar Number _____ ARDC # 6211052 _____

Firm Name: _Marshall, Gerstein & Borun LLP _____

Address/P.O. Box: __233 South Wacker Drive, 6300 Sears Tower_

City/State/Zip: _____ Chicago, Illinois 60606 _____

Telephone #: ____(312) 474-6300 _____

Fax #: _____(312) 474-0448 _____

E-mail Address: __Wkramer@marshallip.com _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29th day of December , 20 06.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

FEE PAID *Rec. 618131*
*$25.00*

FILED CLERK
~~Revised 12/8/05~~ COURT

2006 DEC 28  PM 4: 05

TEXAS EASTERN

BY_____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

### APPLICATION TO APPEAR PRO HAC VICE

1.  This application is being made for the following: Case # __2:06 CV 507__
Style:  __Rembrandt Technologies, LP vs. Charter Communications, Inc., et al__

2. Applicant is representing the following party/ies:
    __Charter Communications, Inc. and Charter Communications Operating, LLC__

3.  Applicant was admitted to practice in __Illinois__ (state) on __October 29, 1980__ (date)

4.  Applicant is in good standing and is otherwise eligible to practice law before this court.

5.  Applicant is not currently suspended or disbarred in any other court.

6.  Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7.  Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8.  Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9.  Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10.  There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
*Please see separate insert.*

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I,  __Bradford P. Lyerla__  do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _12-27-06_  Signature _____

Name (please print) _____ Bradford P. Lyerla _____

State Bar Number _____ ARDC # 3127392 _____

Firm Name: _Marshall, Gerstein & Borun LLP _____

Address/P.O. Box: __233 South Wacker Drive, 6300 Sears Tower_

City/State/Zip: _____ Chicago, Illinois 60606 _____

Telephone #: __(312) 474-6300 _____

Fax #: _____(312) 474-0448 _____

E-mail Address: __Blyerla@marshallip.com _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29ᵗʰ day of _December_____, 2006.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____ Smith _____
Deputy Clerk

**INSERT**

**Response to No. 11 of the**
**Application to Appear Pro Hac Vice**
**for Bradford P. Lyerla in Case # 2:06 CV 507**

Whereas applicant has been admitted to practice in the following courts:

Supreme Court of Illinois

U.S. District Court, Northern District of Illinois

U.S. Supreme Court

U.S. Court of Appeals for the Seventh Circuit

U.S. Court of Appeals for the Second Circuit

U.S. Court of Appeals for the Federal Circuit

U.S. District Court, District of Nebraska

U.S. District Court, Northern District of California, San Jose Division

U.S. District Court, Northern District of Ohio

U.S. District Court, District of Minnesota

U.S. District Court, District of Colorado

U.S. District Court, Central District of Illinois

U.S. District Court, Eastern District of Wisconsin

FEE PAID
$25.00    Rec. 618131

FILED CLERK
U.S. DISTRICT COURT

Received 12/28/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

2006 DEC 28  PM 4:06

TEXAS EASTERN

BY_____

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #   2:06 CV 507
Style:   Rembrandt Technologies, LP vs. Charter Communications, Inc., et al

2. Applicant is representing the following party/ies:
   Charter Communications, Inc. and Charter Communications Operating, LLC

3. Applicant was admitted to practice in   IL; CA   (state) on   5/6/2004; 12/6/1999   (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Supreme Court of Illinois; U.S. District Court of the Northern District of Illinois; Supreme Court of California; U.S. District Court of Northern District of California

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

   I,   Gregory E. Stanton   do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12/27/06   Signature _____

Name (please print) _____ Gregory E. Stanton _____

State Bar Number _____ ARDC # 6282142; CA 203495 _____

Firm Name: _ Marshall, Gerstein & Borun LLP _____

Address/P.O. Box: __ 233 South Wacker Drive, 6300 Sears Tower _

City/State/Zip: _____ Chicago, Illinois 60606 _____

Telephone #: ____ (312) 474-6300 __ _____ _____

Fax #: _____ (312) 474-0448 _____

E-mail Address: __ Gstanton@marshallip.com _____


Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29th day of _December_ , 20 06

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

FEE PAID
$25.00   Rec  618131

FILED CLERK
U.S. DISTRICT COURT
(Revised 12/5/03)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

2006 DEC 28  PM 4: 06

TEXAS EASTERN

BY_____

**APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # __2:06 CV 507_____
Style: __Rembrandt Technologies, LP vs. Charter Communications, Inc., et al_____

2. Applicant is representing the following party/ies:
   __Charter Communications, Inc. and Charter Communications Operating, LLC_____

3. Applicant was admitted to practice in __Illinois__ (state) on _November 5, 1998_ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Northern District of Illinois; Court of Appeals for the Federal Circuit

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, __Paul Bryan Stephens__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12·26·06 Signature _____

Name (please print) ____Paul Bryan Stephens_____

State Bar Number _____ARDC # 6256729_____

Firm Name: _Marshall, Gerstein & Borun LLP_____

Address/P.O. Box: __233 South Wacker Drive, 6300 Sears Tower

City/State/Zip: _____Chicago, Illinois 60606_____

Telephone #: ___(312) 474-6300_____

Fax #: _____(312) 474-0448_____

E-mail Address: __Pstephens@marshallip.com_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29 th day of December, 2006

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

FEE PAID
$25.00  Rec. 618131

**Appendix K**

Revised: 12/3/03

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
#### Marshall DIVISION

FILED CLERK
U.S. DISTRICT COURT

### APPLICATION TO APPEAR PRO HAC VICE  2006 DEC 28 PM 4: 05

1. This application is being made for the following: Case # _2:06-cv-00507-LED_

TEXAS EASTERN

Style: Rembrandt Technologies, LP v. Charter Communications, Inc. et al.

BY _____

2. Applicant is representing the following party/ies:

Rembrandt Technologies, LP

3. Applicant was admitted to practice in Illinois (state) on Nov. 16, 1984 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.

7. Applicant has (has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

_Please see attached insert._

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that (he)/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Kevin D. Hogg do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date Dec. 22, 2006        Signature _____

Name (please print)  Kevin D. Hogg

State Bar Number  6188146  Illinois

Firm Name:  Marshall, Gerstein & Borun LLP

Address/P.O. Box:  233 S. Wacker Dr., Suite 6300

City/State/Zip:  Chicago, IL 60606

Telephone #:  (312) 474-6300

Fax #:  (312) 474-0448

E-mail Address:  khogg@marshallip.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29th day of December , 20 06

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

**INSERT**

**Response to No. 11 of the**
**Application to Appear Pro Hac Vice**
**for Kevin D. Hogg in Case # 2:06 CV 507**

Whereas applicant has been admitted to practice in the following courts:

Supreme Court of Illinois

U.S. District Court, Northern District of Illinois

U.S. Court of Appeals for the Federal Circuit

Supreme Court of Ohio

U.S. District Court, District of Colorado

U.S. District Court, Northern District of California, San Jose Division

U.S. District Court, District of Minnesota

FEE PAID *Rec.* 6 1 8 1 3 1
$ 25.00

FILED CLERK
~~Revised 12/2/03~~ COURT

2006 DEC 28  PM 4: 05

TEXAS EASTERN

BY _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### <u>MARSHALL</u> DIVISION

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #__ 2:06 CV 507 _____
Style: __ Rembrandt Technologies, LP vs. Charter Communications, Inc., et al _____

2. Applicant is representing the following party/ies:
__ Charter Communications, Inc. and Charter Communications Operating, LLC _____

3. Applicant was admitted to practice in __Illinois__ (state) on __October 29, 1980__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
*Please see separate insert. _____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, __Bradford P. Lyerla__ _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date *12-27-06* Signature _____

Name (please print) _____Bradford P. Lyerla_____

State Bar Number _____ARDC # 3127392_____

Firm Name: _Marshall, Gerstein & Borun LLP_____

Address/P.O. Box: ___233 South Wacker Drive, 6300 Sears Tower_

City/State/Zip: _____Chicago, Illinois 60606_____

Telephone #: ___(312) 474-6300_____

Fax #: _____(312) 474-0448_____

E-mail Address: __Blyerla@marshallip.com_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This
application has been approved for the court this 29th day of December, 2006.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

**INSERT**

**Response to No. 11 of the
Application to Appear Pro Hac Vice
for Bradford P. Lyerla in Case # 2:06 CV 507**

Whereas applicant has been admitted to practice in the following courts:

Supreme Court of Illinois

U.S. District Court, Northern District of Illinois

U.S. Supreme Court

U.S. Court of Appeals for the Seventh Circuit

U.S. Court of Appeals for the Second Circuit

U.S. Court of Appeals for the Federal Circuit

U.S. District Court, District of Nebraska

U.S. District Court, Northern District of California, San Jose Division

U.S. District Court, Northern District of Ohio

U.S. District Court, District of Minnesota

U.S. District Court, District of Colorado

U.S. District Court, Central District of Illinois

U.S. District Court, Eastern District of Wisconsin

FEE PAID
$25.00   Rec. 618131

FILED CLERK
U.S. DISTRICT COURT
Revised: 12/3/03

2006 DEC 28 PM 4: 06

TEXAS EASTERN
BY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case #__2:06 CV 507_____
Style:__Rembrandt Technologies, LP vs. Charter Communications, Inc., et al_____

2. Applicant is representing the following party/ies:
__Charter Communications, Inc. and Charter Communications Operating, LLC_____

3. Applicant was admitted to practice in __Illinois__ (state) on __November 30, 2004__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, __Jon-Thomas Bloch_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/26/06__ Signature _____

Name (please print) _____ Jon-Thomas Bloch _____

State Bar Number _____ 6282541 _____

Firm Name: _ Marshall, Gerstein & Borun LLP _____

Address/P.O. Box: __ 233 South Wacker Drive, 6300 Sears Tower

City/State/Zip: _____ Chicago, Illinois 60606 _____

Telephone #: __ (312) 474-6300 _____ _____

Fax #: _____ (312) 474-0448 _____

E-mail Address: __ Jbloch@marshallip.com _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29th day of December _____, 20 06

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
    Deputy Clerk

FEE PAID
$25.00   Rec. 618131

FILED CLERK
U.S. DISTRICT COURT
Revised 12/3/03

2006 DEC 28 PM 4: 06

TEXAS EASTERN

BY_____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## <u>MARSHALL</u> DIVISION

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #__2:06 CV 507_____
Style:__Rembrandt Technologies, LP vs. Charter Communications, Inc., et al_____

2. Applicant is representing the following party/ies:
__Charter Communications, Inc. and Charter Communications Operating, LLC_____

3. Applicant was admitted to practice in __Illinois___ (state) on __November 5, 1998___ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Northern District of Illinois; Court of Appeals for the Federal Circuit

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, __Paul Bryan Stephens_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12·26·06 Signature _____

Name (please print) _____Paul Bryan Stephens_____

State Bar Number _____ARDC # 6256729_____

Firm Name: _Marshall, Gerstein & Borun LLP_____

Address/P.O. Box: __233 South Wacker Drive, 6300 Sears Tower

City/State/Zip: _____Chicago, Illinois 60606_____

Telephone #: ___(312) 474-6300_____

Fax #: _____(312) 474-0448_____

E-mail Address: __Pstephens@marshallip.com_____


Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This
application has been approved for the court this 29th day of December , 2006

                        David J. Maland, Clerk
                        U.S. District Court, Eastern District of Texas


            By _____
                        Deputy Clerk

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_____ EASTERN _____     DISTRICT OF     _____ TEXAS _____

## APPEARANCE

Rembrandt Technologies, LP v. Charter Communications, Inc., et. al.     Case Number:  2:06-cv-507 [LED]

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

REMBRANDT TECHNOLOGIES, LP

I certify that I am admitted to practice in this court.

| 1/3/2007 | /s/ Matthew R. Berry |
|---|---|
| Date | Signature |
| | Matthew R. Berry                               37364 |
| | Print Name                                    Bar Number |
| | 1201 Third Avenue, Suite 3800 |
| | Address |
| | Seattle              WA              98101 |
| | City              State              Zip Code |
| | (206) 516-3804          (206) 516-3883 |
| | Phone Number                              Fax Number |

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TEXAS |
|---|---|---|

## APPEARANCE

Rembrandt Technologies, LP v. Charter Communications, Inc., et. al.    Case Number:  2:06-cv-507 [LED]

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

REMBRANDT TECHNOLOGIES, LP

I certify that I am admitted to practice in this court.

| 1/3/2007 | /s/ Brooke A. M. Taylor | |
|---|---|---|
| Date | Signature | |
| | Brooke A. M. Taylor | 33190 |
| | Print Name | Bar Number |
| | 1201 Third Avenue, Suite 3800 | |
| | Address | |
| | Seattle          WA | 98101 |
| | City          State | Zip Code |
| | (206) 516-3804 | (206) 516-3883 |
| | Phone Number | Fax Number |

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____EASTERN_____    DISTRICT OF    _____TEXAS_____

## APPEARANCE

Rembrandt Technologies, LP v. Charter Communications, Inc., et. al.    Case Number:  2:06-cv-507 [LED]

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

REMBRANDT TECHNOLOGIES, LP

I certify that I am admitted to practice in this court.

| 1/3/2007 | | /s/ Joseph S. Grinstein | |
|---|---|---|---|
| Date | | Signature | |
| | | Joseph S. Grinstein | 24002188 |
| | | Print Name | Bar Number |
| | | 1000 Louisiana, Suite 5100 | |
| | | Address | |
| | | Houston | TX | 77002-5096 |
| | | City | State | Zip Code |
| | | (713) 653-7823 | (713) 654-3356 |
| | | Phone Number | Fax Number |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| | § | |
| VS. | § | Civil Action No. 2:06-CV-507 (LED) |
| | § | |
| CHARTER COMMUNICATIONS, INC. | § | JURY |
| CHARTER COMMUNICATIONS | § | |
| OPERATING, LLC AND COXCOM, INC. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Plaintiff, Rembrandt Technologies, LP, for the purpose of receiving notices and orders from the Court.

DATED this 3rd day of January, 2007.

Respectfully submitted,


By: /s/ S. Calvin Capshaw
S. Calvin Capshaw
State Bar No. 03783900
BROWN McCARROLL  LLP
1127 Judson Road, Suite 220
Longview, TX 75601-5157
P.O. Box 3999
Longview, Texas 75606-3999
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@mailbmc.com

ATTORNEYS FOR PLAINTIFF
REMBRANDT TECHNOLOGIES, LP

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of January, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw
S. Calvin Capshaw

AUS:3859260.1
52670.4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| | § | |
| VS. | § | Civil Action No. 2:06-CV-507 (LED) |
| | § | |
| CHARTER COMMUNICATIONS, INC. | § | JURY |
| CHARTER COMMUNICATIONS | § | |
| OPERATING, LLC AND COXCOM, INC. | § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Andrew W. Spangler, enters his appearance in this matter as counsel for Plaintiff, Rembrandt Technologies, LP, for the purpose of receiving notices and orders from the Court.

DATED this 3rd day of January, 2007.

Respectfully submitted,

By: /s/ Andrew W. Spangler
Andrew W. Spangler
State Bar No. 024041960
BROWN McCARROLL  LLP
1127 Judson Road, Suite 220
Longview, TX 75601-5157
P.O. Box 3999
Longview, Texas 75606-3999
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: aspangler@mailbmc.com

ATTORNEYS FOR PLAINTIFF
REMBRANDT TECHNOLOGIES, LP

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of January, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Andrew W. Spangler
Andrew W. Spangler

AUS:3859264.1
52670.4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-cv-507 [LED] |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | JURY DEMANDED |
| CHARTER COMMUNICATIONS | § | |
| OPERATING, LLC, and COXCOM, INC. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND CHARTER'S TIME TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

Defendant Charter, without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to respond to Plaintiff Rembrandt's First Amended Complaint until and through January 23, 2007. Such motion is granted.

It is therefore ORDERED that Defendant Charter has until and through January 23, 2007 to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

**So ORDERED and SIGNED this 3rd day of January, 2007.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-cv-507 [LED] |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | JURY DEMANDED |
| CHARTER COMMUNICATIONS | § | |
| OPERATING, LLC, and COXCOM, INC. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND COXCOM, INC.'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Coxcom, Inc., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to respond to Plaintiff Rembrandt's First Amended Complaint until and through January 23, 2007. Such motion is granted.

It is therefore ORDERED that Defendant Coxcom, Inc. has until and through January 23, 2007 to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

**So ORDERED and SIGNED this 3rd day of January, 2007.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

FEE PAID
$25.00  Rec  613181
618131

FILED CLERK
U.S. DISTRICT COURT
2006 DEC 28  PM 4: 05

TEXAS EASTERN

BY _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

### APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __2:06 CV 507_____
Style: __Rembrandt Technologies, LP vs. Charter Communications, Inc., et al_____

2. Applicant is representing the following party/ies:
__Charter Communications, Inc. and Charter Communications Operating, LLC__

3. Applicant was admitted to practice in __Illinois__ (state) on __November 8, 2001__ (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant

11. Applicant has been admitted to practice in the following courts:
__Supreme Court of Illinois; U.S. District Court of the Northern District of Illinois__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, __Charles Edward Juister_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/26/06__ Signature _____

Name (please print) ____ Charles Edward Juister _____

State Bar Number _____ ARDC # 6275220 _____

Firm Name: _Marshall, Gerstein & Borun LLP _____

Address/P.O. Box: ___233 South Wacker Drive, 6300 Sears Tower_

City/State/Zip: _____ Chicago, Illinois 60606 _____

Telephone #: ___(312) 474-6300 _____

Fax #: _____(312) 474-0448 _____

E-mail Address: __Cjuister@marshallip.com _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29th day of December , 2006

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

FEE PAID
$25.00   Rec. 618131

FILED CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

2006 DEC 28  PM 4: 05

TEXAS EASTERN

BY _____

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #  2:06 CV 507 _____
Style:  Rembrandt Technologies, LP vs. Charter Communications, Inc., et al _____

2. Applicant is representing the following party/ies:
Charter Communications, Inc. and Charter Communications Operating, LLC _____

3. Applicant was admitted to practice in  Illinois  (state) on  November 5, 1992  (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has (has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has (has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page

8. Applicant has (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Northern District of Illinois _____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I,  William Joseph Kramer  _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12/27/2006  Signature  W/ Kramer _____

Name (please print) _____ William Joseph Kramer _____

State Bar Number _____ ARDC # 6211052 _____

Firm Name: _Marshall, Gerstein & Borun LLP_____

Address/P.O. Box: __233 South Wacker Drive, 6300 Sears Tower_

City/State/Zip: _____Chicago, Illinois 60606_____

Telephone #: ___(312) 474-6300_____ _____

Fax #: _____(312) 474-0448_____

E-mail Address: __Wkramer@marshallip.com_____


Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court this 29th day of December_____, 20 06.


David J. Maland, Clerk
U.S District Court, Eastern District of Texas

By _____

Deputy Clerk

FEE PAID
$25.00   Rec. 618131

FILED CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

2006 DEC 28 PM 4: 05

TEXAS EASTERN

BY _____

**APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case #   2:06 CV 507
Style:   Rembrandt Technologies, LP vs. Charter Communications, Inc., et al

2. Applicant is representing the following party/ies:
   Charter Communications, Inc. and Charter Communications Operating, LLC

3. Applicant was admitted to practice in   Illinois   (state) on   November 5, 1992   (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Northern District of Illinois

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I,   William Joseph Kramer   do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12/27/2006   Signature W J Kramer

Name (please print) _____ William Joseph Kramer _____

State Bar Number _____ ARDC # 6211052 _____

Firm Name: _Marshall, Gerstein & Borun LLP_ _____

Address/P.O. Box: ___233 South Wacker Drive, 6300 Sears Tower_

City/State/Zip: _____Chicago, Illinois 60606 _____

Telephone #: ___(312) 474-6300 _____ _____

Fax #: _____(312) 474-0448 _____

E-mail Address: __Wkramer@marshallip.com _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29th day of December _____, 20 06.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
    Deputy Clerk