IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

REMBRANDT TECHNOLOGIES, LP )
)
    *Plaintiff* )
) Case No. 2:06CV-507
v. )
) **JURY TRIAL REQUESTED**
)
CHARTER COMMUNICATIONS, INC., )
CHARTER COMMUNICATIONS )
OPERATING, LLC and COXCOM, INC. )
)
    *Defendants* )

## PLAINTIFF'S REPLY TO CHARTER DEFENDANTS' COUNTERCLAIMS

Plaintiff Rembrandt Technologies, LP ("Rembrandt") hereby responds to the Counterclaims of Defendants Charter Communications, Inc. and Charter Communications Operating, LLC (collectively "Charter") filed January 23, 2007. All allegations not expressly admitted are denied.

1.    Rembrandt admits that this Court has jurisdiction over Charter's Counterclaims.

2.    Admitted.

3.    Denied.

4.    Rembrandt admits that an actual controversy exists between the parties regarding the '903, '761, '234, '159 and '444 patents.

### First Counterclaim

5.    Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 4 above.

6.    Denied.

7. Denied.

## Second Counterclaim

8. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 4 above.

9. Denied..

10. Denied.

## Third Counterclaim

11. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 4 above.

12. Denied.

13. Denied.

## Fourth Counterclaim

14. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 4 above.

15. Denied.

16. Denied.

## Fifth Counterclaim

17. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 4 above.

18. Denied.

19. Denied.

### Sixth Counterclaim

20. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 4 above.

21. Denied.

22. Denied.

### Seventh Counterclaim

23. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 4 above.

24. Denied.

25. Denied.

### Eighth Counterclaim

26. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 4 above.

27. Denied.

28. Denied.

### Ninth Counterclaim

29. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 4 above.

30. Denied.

31. Denied.

### Tenth Counterclaim

32. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 4 above.

33. Denied.

34. Denied.

### PRAYER FOR RELIEF

Rembrandt denies that Comcast is entitled to any relief.

Dated: February 12, 2007.  Respectfully submitted,

By: /s/ Tibor L. Nagy
Max L. Tribble, Jr., Lead Attorney
State Bar No. 20213950
Email: mtribble@susmangodfrey.com
Tibor L. Nagy
State Bar 24041562
Email: tnagy@susmangodfrey.com
Edgar Sargent
WA State Bar No. 28283
Email: esargent@susmangodfrey.com
Brooke A.M. Taylor
WA State Bar No. 33190
Email: btaylor@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Charles Ainsworth
charley@pbatyler.com
Robert Christopher Bunt
rcbunt@pbatyler.com
Robert M Parker
rmparker@pbatyler.com
**PARKER BUNT & AINSWORTH**
100 E Ferguson, Suite 1114
Tyler, TX 75702
Telephone (903) 531-3535
Facsimile (903) 533-9687

Sidney Calvin Capshaw, III
ccapshaw@mailbmc.com
Elizabeth L DeRieux
ederieux@mailbmc.com

733884v1  4

Andrew Wesley Spangler
aspangler@mailbmc.com
**BROWN MCCARROLL - LONGVIEW**
1127 Judson Rd., Ste 220
PO Box 3999
Longview, TX 75606-3999
Telephone (903) 236-9800
Facsimile (903) 236-8787

Otis W Carroll, Jr
Fedserv@icklaw.com
James Patrick Kelley
patkelley@icklaw.com
Collin Michael Maloney
fedserv@icklaw.com
**IRELAND CARROLL & KELLEY**
6101 S Broadway, Suite 500
Tyler, TX 75703
Telephone (903) 561-1600
Facsimile (903) 581-1071

Franklin Jones, Jr
**JONES & JONES - MARSHALL**
201 W Houston St
PO Drawer 1249
Marshall, TX 75670
903/938-4395
9039383360 (fax)
maizieh@millerfirm.com

Case 2:07-cv-00504-CE Document 153 Filed 06/28/2007 Page 5 of 6

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. *See* Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(b) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by e-mail on this the 12th day of February, 2007.

/s/ Tibor L. Nagy
Tibor L. Nagy

733884v1

6